AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

District of Utah

United States of America

v.

Christopher Sean Kenny

*Defendant*

)
)
)
)
)
)

FILED
U.S. DISTRICT COURT

2019 OCT -3  P 12: 36

DISTRICT OF UTAH

BY: _____

Case No. 2:19mj670 PMW

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

SEP 20 2019

BY D. MARK JONES, CLERK
DEPUTY CLERK

SEALED

ORIGINAL

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Christopher Sean Kenny                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment         ☐ Superseding Indictment         ☐ Information         ☐ Superseding Information         ☑ Complaint
☐ Probation Violation Petition         ☐ Supervised Release Violation Petition         ☐ Violation Notice         ☐ Order of the Court

This offense is briefly described as follows:

21 USC 841(a)(1) and 846; Conspiracy to Distribute a Controlled Substance

Date: 30 Sept 2019

_____
*Issuing officer's signature*

City and state:     Salt Lake City, Utah

Paul M. Warner, US Magistrate Judge
*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* 9/30/19 , and the person was arrested on *(date)* 9/30/19 at *(city and state)* _____ . |
| Date: 9/30/19 |
| _____ *Arresting officer's signature* |
| TFO Jacob Naffress *Printed name and title* |