JOHN W. HUBER, United States Attorney (#7226)
KENT A. BURGGRAAF, Special Assistant United States Attorney (#13044)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 325-1440
Email:  kburggraaf@agutah.gov / kent.burggraaf@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER SEAN KENNY, <br><br> Defendant. | Case No. _____ <br><br> INDICTMENT <br><br> COUNT I: 21 U.S.C. §§ 846 and 841(a)(1), Conspiracy to Distribute Fentanyl <br><br> COUNT II: 18 U.S.C. § 1957(a), Engaging in a Monetary Transaction in Property Derived From Specified Unlawful Activity |

Case: 2:19-cr-00381
Assigned To : Parrish, Jill N.
Assign. Date : 10/9/2019
Description:

The Grand Jury charges:

**COUNT 1**
21 U.S.C. §§ 846 and 841(a)(1)
(Conspiracy to Distribute Fentanyl)

Beginning on a date unknown, but not later than February 2016, and continuing through at least November 22, 2016, in the Central Division of the District of Utah,

CHRISTOPHER SEAN KENNY,

1

the defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to distribute four hundred grams or more of a mixture or substance containing a detectable amount of Fentanyl (N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propanamide), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. 841(a)(1) and 846, and punishable pursuant to 21 U.S.C. 841(b)(1)(A).

### COUNT 2
18 U.S.C. § 1957(a)
(Engaging in a Monetary Transaction in Property Derived From Specified Unlawful Activity)

On or about August 17, 2016, in the Central Division of the District of Utah,

CHRISTOPHER SEAN KENNY,

the defendant herein, did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, affecting interstate commerce, in criminally derived property of value greater than $10,000, that is the purchase of a 2008 GMC Sierra from iDrive for approximately $31,500, the U.S. currency having been derived from a specified unlawful activity, namely the unlawful distribution of a controlled substance.

//

//

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 21 U.S.C. § 853, upon conviction of any offense charged herein in violation of subchapter I or II of Chapter 13 in Title 21 of the United States Code, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, the following:

- 2008 GMC Sierra, K2500 HD, VIN# 1GTHK23608F226301.

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY


JOHN W. HUBER
United States Attorney

*/s/ Kent A. Burggraaf*
_____
KENT A. BURGGRAAF
Special Assistant United States Attorney